**92-2499.** Sabula v. Limbach. *Geauga County*, No. 92-G-1718. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.
RESNICK, J., dissents.

## MOTION DOCKET

**92-647.** State v. Jackson. *Lucas County*, No. L-91-087. On motion to obtain records. Motion denied.